BIOTHERMAL PROCESS CORPORATION, Appellant, *v.* COHU & COMPANY, Respondent.

Argued November 16, 1954; decided December 31, 1954.

*Henry Cohen* and *Arthur P. McNulty* for appellant.

*Leo T. Kissam, James H. Halpin* and *Joseph M. O'Loughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.